

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2021

No. 04-21-00025-CV

**IN THE INTEREST OF R.W. III A/K/A L. R.W. III AND Z.E.W., CHILDREN**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01957
Honorable Richard Garcia, Judge Presiding

## O R D E R

Appellant's brief was due March 23, 2021. Appellant has filed a motion seeking a twenty-day extension of time to file the brief. We grant the motion and **order** appellant's brief filed by **April 12, 2021**. This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Because of the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of March, 2021.

MICHAEL A. CRUZ, Clerk of Court